IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1142-GPG
**WAYNE R.E. RUDDER**,

    Plaintiff,

v.

**JIM HARRIMAN**; and
**KEY BANK,**

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915(e)(2), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED June 3, 2015, at Denver, Colorado.

                                          BY THE COURT:

                                          S/ Gordon P. Gallagher

                                          _____

                                          Gordon P. Gallagher
                                          United States Magistrate Judge